

# Court of Appeals
# Sixth Appellate District of Texas

# J U D G M E N T

Robert Coyle, Appellant

No. 06-21-00090-CV          v.

Bayou City Partners, LLC, Thomas F. Miller, Kenneth Manfredi and Theodore Birdsong Bowles, Appellees

Appeal from the County Civil Court at Law No. 4 of Harris County, Texas (Tr. Ct. No. 1154930). Memorandum Opinion delivered by Justice Stevens, Chief Justice Morriss and Justice Carter* participating. *Justice Carter, Retired, Sitting by Assignment.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below. We affirm the judgment of the trial court.

We further order that the appellant, Robert Coyle, pay all costs incurred by reason of this appeal.

RENDERED FEBRUARY 9, 2022
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk